# United States Court of Appeals
## For the First Circuit

No. 11-2400

CARMEN LLERENA DIAZ,

Plaintiff, Appellant,

v.

JITEN HOTEL MANAGEMENT, INC.,

Defendant, Appellee.

Before

Boudin, Hawkins and Thompson,
Circuit Judges.

**ORDER OF COURT**
**Entered: October 12, 2012**

Attorney Jonathan J. Margolis' request, filed on behalf of amicus Massachusetts Employment Lawyers Association, American Civil Liberties Union of Massachusetts, Gay & Lesbian Advocates & Defenders, Jewish Alliance for Law and Social Action, Lawyers' Committee for Civil Rights and Economic Justice, Massachusetts Law Reform Institute and National Police Accountability Project, that the court publish its September 18, 2012 opinion is granted. The opinion as amended will issue for publication forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. William G. Young, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Ms. Fray-Witzer, Ms. Josephson, Ms. Leonard, Mr. Margolis, Ms. Messing, Mr. Siden, Mr. Weliky & Ms. Wunsch.